UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

       Petitioner(s),                       Civil Case No.  05-73735
                                                     Criminal Case No.   99-81024

-vs-                                                  PAUL D. BORMAN
                                                  UNITED STATES DISTRICT JUDGE

DEMETRIUS CROWE,
       Respondent(s).
_____/

ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION IN FAVOR OF DENYING PETITIONER'S MOTION
FOR MODIFICATION OF SENTENCE

     Before the Court is the Magistrate Judge's Report and Recommendation in favor of denying Petitioner's Motion for Modification of Sentence.  Having reviewed that Report and Recommendation, the Court enters as its findings and conclusions the Report and Recommendation denying Petitioner's Motion for Modification for Sentence.


                                                    s/Paul D. Borman
                                                    PAUL D. BORMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated:  March 15, 2006

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on March 15, 2006.


                                                   s/Jonie Parker
                                                 Case Manager